UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bell Semiconductor, LLC, | No. 2:22-cv-0726-KJM-JDP |
| Plaintiffs, | |
| v. | |
| Kioxia Corporation and Kioxia America, Inc., | |
| Defendants. | |
| Bell Semiconductor, LLC, | No. 2:22-cv-01510-KJM-JDP |
| Plaintiffs, | |
| v. | |
| Kioxia Corporation, | |
| Defendant. | |
| Bell Semiconductor, LLC, | No. 2:22-cv-01880-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| Kioxia Corporation and Kioxia America, Inc., | |
| Defendants. | |

1  The joint motions to stay these actions are **granted**.  Each of the actions captioned above
2 is stayed until **February 3, 2023**.  The parties are directed to file a joint status report on their
3 settlement discussions on that date.  All other dates and deadlines are **vacated**.
4  IT IS SO ORDERED.
5  DATED: January 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE